*ntcdsm*

# UNITED STATES BANKRUPTCY COURT
## Northern District of New York

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Renee M Feeley<br><br>xxx–xx–5332<br>37 Lenox Ave<br>Cohoes, NY 12047 | )<br>)<br>)<br>)Case Number: 08–13207–1–rel<br>)<br>)<br>)<br>)Chapter: 13<br>) |

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
 Paula M. Barbaruolo

Barbaruolo Law Firm, PC
12 Cornell Road
Latham, NY 12110
Telephone number:  518 782–9100

NAME/ADDRESS OF TRUSTEE
Andrea E. Celli
Chapter 13 Standing Trustee
7 Southwoods Boulevard
Albany, NY 12211
Telephone number:  (518) 449–2043

## NOTICE OF DISMISSAL

Notice is hereby given pursuant to FRBP 2002(f)(2) of the entry of an Order on 8/19/13 , dismissing the above captioned chapter 13 petition without prejudice.

Date: 8/19/13

*FOR THE COURT*

KIM F. LEFEBVRE
Clerk of the Bankruptcy Court